**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>  Plaintiff,<br>vs.<br>**MARTIN JACINTO,**<br>  Defendant. | **8:02CR44**<br><br>**ORDER** |

Defendant Martin Jacinto appeared before the court on Wednesday, September 16, 2009 on a Petition for Warrant or Summons for Offender Under Supervision [47]. The defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Michael D. Wellman. The government did not request detention. The Defendant was not entitled to a preliminary examination.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **November 12, 2009 at 1:00 p.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 18th day of September, 2009.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge